June 11, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

## EX PARTE JOSHUA DEWAYNE RAGSTON

NO. 14-12-01127-CR
NO. 14-12-01128-CR

_____

Cause No. 12-12-01127-CR was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment in Cause No. 12-12-01127-CR **AFFIRMED**.

Cause No. 12-12-01128-CR was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal in Cause No. 12-12-01128-CR **DISMISSED** in accordance with its opinion.

We further order this decision certified below for observance.